# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| SAM BRADFORD WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:16-cv-00112 |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

In this social security appeal, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 29) recommending that the Court grant Plaintiff's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 23) in the amount of $8,000.00. "Defendant has no specific objection to the motion for fees," does "not identify any reason to advocate for a denial of the [motion], and notes that Plaintiff's counsel exercised billing discretion in the reduction of her fee petition." (Doc. No. 30.) Having thoroughly reviewed the R&R, as well as Plaintiff's motion and attached exhibits, the Court agrees with the recommended disposition and finds that the requested $8,000.00 fee is reasonable for the services rendered. See Gisbrecht v. Barnhart, 535 U.S. 789, 807 (2002); Lasley v. Comm'r of Soc. Sec., 771 F.3d 308, 309 (6th Cir. 2014).

Accordingly, the R&R (Doc. No. 29) is **APPROVED AND ADOPTED**, and the Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 23) is **GRANTED**. Plaintiff's counsel shall be awarded attorney's fees in the amount of $8,000.00.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE